UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

        Plaintiff,

v.

STEPHEN SINCLAIR, et al.,

        Defendants.

CASE NO. C19-1583-RSM

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Brian A. Tsuchida, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

(3)    The Clerk is directed to send copies of this Order to plaintiff.

DATED this 21 day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER ADOPTING REPORT AND RECOMMENDATION** - 1