UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

    Plaintiff,

v.

STEPHEN SINCLAIR, et al.,

    Defendants.

CASE NO. C19-1583-RSM-BAT

ORDER OF DISMISSAL

This matter comes before the Court *sua sponte* upon review of the docket. On October 21, 2019, the Court ordered Plaintiff to pay the $400 filing fee within 30 days. Dkt. #7. Plaintiff has failed to do so. Plaintiff's only subsequent filing, Dkt. #8 ("Motion for Court to explain to me why it did not respond to the 3 page response I filed to Court dismissing my application for in [sic] this in forma pauperis in this case and why I was only limited to a 3 page response…"), does not move for grantable relief and has not been interpreted by the Court as a Motion. Plaintiff has filed nothing in this case in over 90 days.

The Report and Recommendation in this case, adopted by the Court, recommended that this action be terminated if Plaintiff failed to file the above filing fee. Dkt. #4 at 4. Given all of the above, it is hereby ORDERED that this case is DISMISSED.

ORDER OF DISMISSAL - 1

1

2     Dated this 22nd day of April, 2020.

3

4

                                      RICARDO S. MARTINEZ

5                                       CHIEF UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF DISMISSAL - 1